**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GROUP HOME ON GIBSON ISLAND, LLC, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 20-cv-00891-LKG |
| v. | ) | Dated: February 25, 2026 |
| GIBSON ISLAND CORPORATION, | ) | |
| Defendant. | ) | |

**ORDER**

On October 24, 2025, the Defendant filed a motion to reopen discovery. ECF No. 131. On February 25, 2026, the Court held a hearing on the Defendant's motion. The matter is fully briefed. *Id.*; ECF Nos. 133 and 134.

For the reasons stated during the February 25, 2026, hearing, the Court **GRANTS-in-PART** and **DENIES-in-PART** Defendant's motion to reopen discovery (ECF No. 131).

The parties shall **FILE** a joint status report **on or before March 2, 2026,** proposing a schedule for the designation of their respective damages and septic experts, any rebuttal experts, any supplements thereto and any updates regarding the parties' mediation.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge