**I IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GROUP HOME ON GIBSON ISLAND, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GIBSON ISLAND CORPORATION,<br><br>Defendant. | Civil Action No. 20-cv-00891-LKG<br><br>Dated: March 3, 2026 |

**AMENDED PRETRIAL SCHEDULING ORDER**

On March 2, 2026, the parties submitted a joint status report proposing an amended pretrial schedule. ECF No. 139. In light of the foregoing, the Court: (1) **MODIFIES** the October 22, 2025, Amended Pretrial Scheduling Order (ECF No. 130) and (2) **DIRECTS** the parties to adhere to the following schedule for trial and pretrial proceedings:

| | |
|---|---|
| Defendant's designations of any experts on septic and damages issues | **May 8, 2026** |
| Plaintiffs' new or revised designations of any experts on septic and damages issues | **June 5, 2026** |
| Defendant's designation of any rebuttal experts on septic and damages issues | **June 23, 2026** |
| Completion of depositions of new or revised designated experts on septic and damages issues | **July 8, 2026** |
| Rule 26(e)(1) supplementation | **July 8, 2026** |
| Motions *in limine*. | **July 15, 2026** |
| Responses in Opposition to motions *in limine* | **August 6, 2026** |
| Reply briefs to motions *in limine* | **August 20, 2026** |
| Hearing on motions *in limine* | **TBD** |
| Rule 26(a)(3) and Rule 26(e)(2) supplementation | **October 2, 2026** |

| | |
|---|---|
| Pretrial Order<br><br>In addition to the information required under Local Rule 106(2), the parties shall state whether there are any exhibits which they can jointly agree should be admitted into evidence in this case, and if so, provide a list of these joint exhibits along with a courtesy copy of the exhibits provided on 3-hole paper and in a 3-ring binder. | **October 23, 2026** |
| Proposed *voir dire* questions; proposed jury instructions; and proposed jury verdict form. | **October 23, 2026** |
| Final Pretrial Conference. | **October 30, 2026, at 2:30 p.m., in Courtroom 4B, United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770** |
| Jury Selection. | **November 2, 2026, at 9:30 a.m., in Courtroom 4B, United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770** |
| Jury Trial. | **November 3, 2026, at 9:30 a.m., in Courtroom 4B, United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge